NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TONY COLIDA,**
*Plaintiff-Appellant,*

v.

**SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.,**
*Defendant-Appellee.*

---

2010-1374

---

Appeal from the United States District Court for the Southern District of New York in case no. 07-CV-9260, Judge Richard J. Holwell.

---

## ON MOTION

---

Before LINN, DYK, AND PROST, *Circuit Judges.*

PER CURIAM.

## ORDER

Tony Colida moves for reconsideration of the court's October 26, 2010 dismissing his appeal as frivolous.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JUL   7 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Tony Colida
    Michelle Mancio Marsh, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 0 7 2011

JAN HORBALY
CLERK